**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted August 21, 2006
Decided January 22, 2007

Before

Hon.  WILLIAM J. BAUER, *Circuit Judge*

Hon.  KENNETH F. RIPPLE, *Circuit Judge*

Hon.  MICHAEL S. KANNE, *Circuit Judge*

No. 04-3073

| | |
|---|---|
| RICHARD DISHER, individually and on behalf of all others similarly situated,<br>　　　Plaintiff-Appellee, | Appeal from the United States District Court for the Southern District of Illinois.<br><br>No. 04 C 308 |
| v. | **G. Patrick Murphy**, *Chief Judge*. |
| CITIGROUP GLOBAL MARKETS INCORPORATED,<br>　　　Defendant-Appellant. | |

O R D E R

This case is before the court on remand from the Supreme Court of the United States.  The Supreme Court vacated our earlier judgment, *see Disher v. Citigroup Global,* 403 F.3d 478 (7th Cir. 2005), and remanded the case to us with instructions to reconsider our earlier determination in light of *Kircher v. Putnam Funds Trust*, 547 U.S. ___, 126 S. Ct. 2145 (2006).  *See Disher v. Citigroup Global Markets, Inc.*, 548 U.S. ___, 126 S. Ct. 2964 (2006).

*Kircher* came from this circuit, and we already have taken action in that matter in light of the decision of the Supreme Court. *See In the Matter of Mutual Fund Market-Timing Litigation*, 468 F.3d 439 (7th Cir. 2006). The same action is appropriate here. Accordingly, because we lack jurisdiction, we dismiss the appeal.

**APPEAL DISMISSED for WANT of JURISDICTION**